IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARK H. BEAM, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>GEORGE TATUM, Commissioner, North )<br>Carolina Division of Motor Vehicles, )<br>BRYAN BEATTY, Secretary, North )<br>Carolina Department of Crime Control )<br>and Public Safety, and LYNDO TIPPETT, )<br>Secretary, North Carolina Department of )<br>Transportation, )<br>)<br>Defendants. ) | NO: 5:06 CV 279 D |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORDER OF DISMISSAL PURSUANT TO RULE 41
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS CAUSE coming on to be heard and being heard before the Honorable James C. Dever, III, United States District Court Judge presiding on the motion of the Plaintiff to voluntarily dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure and it appearing to the Court that all matters in controversy have been resolved by the parties and that the Plaintiff's motion should be allowed;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the motion of the Plaintiff to voluntarily dismiss the above-captioned matter should be and the same is hereby allowed.

Ordered this the 30 day of July, 2009.

_____
THE HONORABLE JAMES C. DEVER, III